# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:02CR382** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| **ANGEL VELAZQUEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant.

DATED this 27th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge