IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR382 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ANGEL VELAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 167), filed by the defendant, Angel Velaquez, is denied and dismissed, without prejudice to the reassertion of a subsequent § 2255 motion only if authorized by the United States Court of Appeals for the Eighth Circuit.

DATED this 7th day of November, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge