IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR382 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| ANGEL VELAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order entered on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the "Motion to Vacate, Set Aside Sentence: Pursuant to U.S.C. § 2241 Croam [sic] Nobis" (Filing No. 176), filed by the defendant, Angel Velazquez, is denied and dismissed.

DATED this 26th day of October, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge